# United States District Court

SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 SEP 29 ꞏ P 3: 28

UNITED STATES OF AMERICA
v.

__Jebikiza David Hutchinson__

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number:      CR203-00037-002

USM Number:      11711-021

__Ellen M. Mayoue__
Defendant's Attorney

## THE DEFENDANT:

[X] admitted guilt to violation of mandatory, standard, and special conditions of the term of supervision.
[ ] was found in violation of condition(s) _ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| | **July 25, 2005, Petition** | |
| 1 | The defendant committed another Federal, state, or local crime (mandatory condition). | July 22, 2005 |
| | See page 2 for additional violations. | |

    The defendant is sentenced as provided in pages 2 through _5_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]      The defendant has not violated condition(s)___ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No:

Defendant's Date of Birth:      February 6, 1978

September 29, 2005

Date of Imposition of Judgment

Defendant's Residence Address:

Signature of Judge

Defendant's Mailing Address:

Judge, U.S. District Court
Name and Title of Judge

9-29-05
Date

DEFENDANT: Jebikiza David Hutchinson
CASE NUMBER: CR203-00037-002

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | The defendant left the judicial district without the permission of the Court or probation officer (standard condition). | July 22, 2005 |
| 3 | The defendant failed to report to the probation officer and submit truthful and complete written reports within the first five days of each month (standard condition). | July 2005 |
| 4 | The defendant failed to follow the instructions of the probation officer (standard conditions). | July 2005 |
| 5 | The defendant failed to perform community service during the period of supervision (special condition). | July 2005 |
| | **February 4, 2005, Petition** | |
| 1 | The defendant failed to report to the probation officer and submit truthful and complete written reports within the first five days of each month (standard condition). | January 24, 2005 |
| 2 | The defendant failed to perform community service during the period of supervision (special condition). | February 4, 2005 |

DEFENDANT: Jebikiza David Hutchinson
CASE NUMBER: CR203-00037-002

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:  18 months  .

[  ]   The Court makes the following recommendations to the Bureau of Prisons:


[X]   The defendant is remanded to the custody of the United States Marshal.
[  ]   The defendant shall surrender to the United States Marshal for this district,

    [  ] at ____ [  ] a.m. [  ] p.m. on _____.
    [  ] as notified by the United States Marshal.


[  ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [  ] before 2 p.m. on _____.
    [  ] as notified by the United States Marshal.
    [  ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____


Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.



_____
United States Marshal


By _____
Deputy United States Marshal

DEFENDANT: Jebikiza David Hutchinson
CASE NUMBER: CR203-00037-002

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: 3 years .

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

[ ]    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[X]    The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[X]    The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

[ ]    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

[ ]    The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)    the defendant shall support his or her dependents and meet other family responsibilities;

5)    the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)    the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)    the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)    the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)    the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement; and

14)    Any possession, use, or attempted use of any device to impede or evade drug testing shall be a violation of supervised release.

DEFENDANT: Jebikiza David Hutchinson
CASE NUMBER: CR203-00037-002

## SPECIAL CONDITIONS OF SUPERVISION

1.    The defendant shall participate in a program of testing for drug and alcohol abuse.

2.    The defendant shall complete 153.5 hours of community service during the first 18  months of supervised release.

3.    The defendant shall submit his person, residence, office, or vehicle to a search conducted by a United States probation officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation.  The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

## ACKNOWLEDGMENT

Upon finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me.  I fully understand the conditions and have been provided a copy of them.


(Signed)    _____        _____
                    Defendant                                            Date


                    _____        _____
                    U. S. Probation Officer/Designated Witness          Date