IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2006 JAN 18  A 8: 47

CLERK 
S.D. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) ) | |
| v. ) ) | CASE NO.: CR203-37 |
| JEBIKIZA DAVID HUTCHINSON ) | |

IN RE:   LEAVE OF ABSENCE

Application for Leave of Absence has been requested by Ellen M. Mayoue for the period of January 27, 2006, through and including February 2, 2006, in the captioned case.

The above and foregoing request for Leave of Absence is **APPROVED**; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial.

SO ORDERED, this 18th day of January, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)